JS 44 (Rev 02/19)

5:19-cv-5688

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Lehigh Cement Company LLC and Lehigh White Cement Company, LLC |

| (b) County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Lehigh (a facility in Berks) <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED |
|---|---|
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* <br> Please see attached | Attorneys *(If Known)* <br> Please see attached |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☒ 1  U.S. Government <br> Plaintiff | ☐ 3  Federal Question <br> *(U.S. Government Not a Party)* | |
| ☐ 2  U.S. Government <br> Defendant | ☐ 4  Diversity <br> *(Indicate Citizenship of Parties in Item III)* | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure <br> of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal <br> 28 USC 157 | ☐ 376 Qui Tam (31 USC <br> 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product <br> Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ <br> Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment <br> & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted <br> Student Loans | Liability | ☐ 368 Asbestos Personal <br> Injury Product | | ☐ 835 Patent - Abbreviated <br> New Drug Application | ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 340 Marine <br> ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment <br> of Veteran's Benefits | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle | ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards <br> Act | ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer <br> Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - <br> Medical Malpractice | Product Liability | ☐ 751 Family and Medical <br> Leave Act | | ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☒ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement <br> Income Security Act | ☐ 870 Taxes (U.S. Plaintiff <br> or Defendant) | ☐ 895 Freedom of Information <br> Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | | Act/Review or Appeal of |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/Disabilities - <br> Employment | ☐ 535 Death Penalty <br> **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of <br> State Statutes |
| | ☐ 446 Amer w/Disabilities - <br> Other | ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights | ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br> Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br> Conditions of <br> Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1  Original <br> Proceeding | ☐ 2  Removed from <br> State Court | ☐ 3  Remanded from <br> Appellate Court | ☐ 4  Reinstated or <br> Reopened | ☐ 5  Transferred from <br> Another District <br> *(specify)* | ☐ 6  Multidistrict <br> Litigation - <br> Transfer | ☐ 8  Multidistrict <br> Litigation - <br> Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
Clean Air Act, 42 U.S.C. 7401 et seq.

Brief description of cause
Governmental environmental enforcement action under the Clean Air Act related to cement facilities

| VII. REQUESTED IN <br> COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION <br> UNDER RULE 23, F.R.Cv P | **DEMAND $** | CHECK YES only if demanded in complaint <br> **JURY DEMAND:**   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S) <br> IF ANY | *(See instructions)* | JUDGE   Not applicable | DOCKET NUMBER   DEC - 3 2019 |
|---|---|---|---|

| DATE <br> 12/02/2019 | SIGNATURE OF ATTORNEY OF RECORD <br> Catherine Energice Pyshro |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # _____ | AMOUNT _____ | APPLYING IFP _____ | JUDGE _____ | MAG JUDGE _____ |
|---|---|---|---|---|

## ATTACHMENT TO CIVIL COVER SHEET

List of counsel in *United States, et al. v. Lehigh Cement Company LLC and Lehigh White*

*Cement Company, LLC.* (E.D. of Pa.):

For the United States:

Catherine Banerjee Rojko, Esq.
Andrew Ingersoll, Esq.
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-5315
Telephone: 202-514-1999
Facsimile: 202-514-0097
Cathy.Rojko@usdoj.gov
Andrew.Ingersoll@usdoj.gov

For the State of Indiana:

Benjamin Jones, Esq.
Zachary Price, Esq.
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
Telephone: (317) 232-6247
Facsimile: (317) 232-7979
Zachary.Price@atg.in.gov
Benjamin.Jones@atg.in.gov

For the State of Iowa:

David S. Steward, Esq.
Iowa Department of Justice
Hoover State Office Bldg.
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 281-7242
Facsimile: (515) 281-6771
David.Steward@ag.iowa.gov

For the State of Maryland:

Roberta R. James, Esq.
Office of the Attorney General
Maryland Department of the Environment
1800 Washington Blvd., Suite 6048
Baltimore, MD 21230
Telephone (410) 537-3748
Facsimile: (410) 537-3943
roberta.james@maryland.gov

For the State of New York:

Michael J. Myers, Esq.
Senior Counsel
Environmental Protection Bureau
New York State Attorney General
The Capitol
Albany, NY 12224
Telephone: (518) 776-2382
Facsimile: (518) 650-9363
michael.myers@ag.ny.gov

For the Pennsylvania Department of Environmental Protection:

Alicia R. Duke, Esq.
Office of Chief Counsel
Department of Environmental Protection
909 Elmerton Avenue
Harrisburg, PA 17110
Telephone: (717) 783-0366
Facsimile: (717) 772-2400
alduke@pa.gov

For the Jefferson County Board of Health:

David S. Maxey, Esq.
Wade C. Merritt, Esq.
SPAIN & GILLON, LLC
505 20th Street North
Suite 1200
Birmingham, AL 35203
Telephone: (205) 581-6266
Facsimile: (205) 324-8866
DSM@Spain-Gillon.com
WCM@Spain-Gillon.com

2

For the Bay Area Air Quality Management District:

Adan Schwartz
Senior Assistant Legal Counsel
375 Beale Street, Suite 600
San Francisco, CA 94105-2001
Telephone: (415) 749-5077
Facsimile: (415) 749-5103
aschwartz@baaqmd.gov

For Lehigh Cement Company LLC:

Gina Zawitoski, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
Telephone: (410) 580-4291
Facsimile: (410) 580-3291
gina.zawitoski@dlapiper.com

For Lehigh White Cement Company, LLC:

R. Todd Silliman, Esq.
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4914
Facsimile: (404) 527-4198
todd.silliman@dentons.com

3



**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**19    5688**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: United States of America - ENRD/U.S. Department of Justice, P.O. Box 7611, Washington, DC 20044

Address of Defendant: 537 Evansville Rd., Fleetwood, PA 19522 (Lehigh Cement Company facility)

Place of Accident, Incident or Transaction: _____ Fleetwood, PA _____

---

**RELATED CASE, IF ANY:**

Case Number: Not Applicable          Judge: _____          Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions.

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 12/02/2019        *Catherine Banerjee Rojko*        415927 (DC)
                         Must sign here                    Attorney I.D. # (if applicable)
              *Attorney-at-Law / Pro Se Plaintiff*

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☑ 11. All other Federal Question Cases
      *(Please specify):*  Environmental (Clean Air Act)

**B.   Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify)* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
      *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Catherine Banerjee Rojko , counsel of record *or pro se plaintiff*, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DEC - 3 2019

DATE: 12/02/2019        *Catherine Banerjee Rojko*        415927 (DC)
                        Sign here if applicable             Attorney I.D. # (if applicable)
              *Attorney-at-Law / Pro Se Plaintiff*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, STATE OF )
INDIANA, STATE OF IOWA, STATE OF )
MARYLAND, STATE OF NEW YORK, )
PENNSYLVANIA DEPARTMENT OF )
ENVIRONMENTAL PROTECTION, )
JEFFERSON COUNTY BOARD OF HEALTH, )
and BAY AREA AIR QUALITY MANAGEMENT )
DISTRICT, )
)
          Plaintiffs, )
)
          v. )
)
LEHIGH CEMENT COMPANY LLC, and )
LEHIGH WHITE CEMENT COMPANY, LLC, )
)
          Defendants. )

**19**      **5688**

Civil Action No.

## CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus — Cases brought under 28 U.S.C. § 2241 through § 2255.      ( )

(b) Social Security — Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.      ( )

(c) Arbitration — Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( )

(d) Asbestos — Cases involving claims for personal injury or property damage from exposure to asbestos.      ( )

(e) Special Management — Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      ( x )

| December 3, 2019 | Catherine Banerjee Rojko | Attorney for the United States |
|---|---|---|

| 202-514-5315 | 202-514-0097 | Cathy.Rojko@usdoj.gov |
|---|---|---|
| Phone | FAX | Email Address |

DEC - 3 2019

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 - Assignment to a Management Track**

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See §1.02 (e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

Respectfully submitted,

*FOR THE UNITED STATES OF AMERICA:*

JEFFREY BOSSERT CLARK
Assistant Attorney General
Environment and Natural Resources Division

*Catherine Banerjee Rojko*

CATHERINE BANERJEE ROJKO
Senior Counsel
ANDREW INGERSOLL
Trial Attorney
Environmental Enforcement Section

2

Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel:   (202) 514-5315
Tel:   (202) 514-1999
Fax:   (202) 514-0097
E-mail: Cathy.Rojko@usdoj.gov
E-mail: Andrew.Ingersoll@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, the foregoing Case Management Track

Designation Form was sent by first class mail with postage prepaid to the following counsel:

Attorneys for Lehigh Cement Company LLC

Gina Zawitoski, Esq.
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
gina.zawitoski@dlapiper.com

Attorneys for Lehigh White Cement Company, LLC

R. Todd Silliman, Esq.
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
todd.silliman@dentons.com

Attorneys for the State of Indiana

Benjamin Jones, Esq.
Zachary Price, Esq.
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
bjones@atg.in.gov

3

Attorneys for the State of Iowa

David S. Steward, Esq.
Iowa Department of Justice
Hoover State Office Bldg.
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
David.Steward@ag.iowa.gov

Attorneys for the State of Maryland

Roberta R. James, Esq.
Office of the Attorney General
Maryland Department of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
roberta.james@maryland.gov

Attorneys for the State of New York

Michael J. Myers, Esq.
Environmental Protection Bureau
New York State Attorney General
The Capitol
Albany, NY 12224
michael.myers@ag.ny.gov

Attorneys for the Pennsylvania Department of Environmental Protection

Alicia R. Duke, Esq.
Office of Chief Counsel
Department of Environmental Protection
909 Elmerton Avenue
Harrisburg, PA 17110
alduke@pa.gov

Attorneys for the Jefferson County Board of Health

David S. Maxey, Esq.
Wade C. Merritt, Esq.
SPAIN & GILLON, LLC
505 20th Street North
Suite 1200
Birmingham, AL 35203
DSM@Spain-Gillon.com
WCM@Spain-Gillon.com

4

Attorneys for the Bay Area Air Quality Management District:

Adan Schwartz
Senior Assistant Legal Counsel
375 Beale Street, Suite 600
San Francisco, CA 94105-2001
aschwartz@baaqmd.gov

Catherine Banerjee Rojko
Catherine Banerjee Rojko

5