# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF INDIANA, STATE OF IOWA, STATE OF MARYLAND, STATE OF NEW YORK, PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, JEFFERSON COUNTY BOARD OF HEALTH, and BAY AREA AIR QUALITY MANAGEMENT DISTRICT,<br><br>   Plaintiffs,<br><br>  v.<br><br>LEHIGH CEMENT COMPANY LLC, and LEHIGH WHITE CEMENT COMPANY, LLC,<br><br>   Defendants. | Civil Action No. 5:19-cv-05688-JFL |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

  Kindly enter my appearance on behalf of Defendant Lehigh Cement Company LLC in the above-referenced matter.

Dated: December 17, 2019          Respectfully submitted,

                     **DLA PIPER LLP (US)**

                     */s/ Nathan P. Heller*
                     Nathan P. Heller
                     Pa. Bar. No. 206338
                     One Liberty Place
                     1650 Market Street, Suite 5000
                     Philadelphia, PA  19103-7300
                     Phone:  (215) 656-3372
                     Email:  Nathan.Heller@us.dlapiper.com

                     *Attorney for Defendant*
                     *Lehigh Cement Company LLC*

## **CERTIFICATE OF SERVICE**

I, Nathan P. Heller, certify that on this date, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by the Court's ECF system.


Date: December 17, 2019                    */s/ Nathan P. Heller*
                                           Nathan P. Heller, Esquire