**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE OF | : | |
| INDIANA, STATE OF IOWA, STATE OF NEW | : | |
| YORK, PENNSYLVANIA DEPARTMENT OF | : | |
| ENVRIONMENTAL PROTECTION, | : | |
| JEFFERSON COUNTY BOARD OF HEALTH, | : | |
| and BAY AREA AIR QUALTY MANAGEMENT | : | |
| DISTRICT | : | No. 5:19-cv-05688 |
|                   Plaintiffs, | : | |
|       v. | : | |
| | : | |
| LEHIGH CEMENT COMPANY LLC, and | : | |
| LEHIGH WHITE CEMENT COMPANY, | : | |
| LLC, | : | |
|               Defendants. | : | |

_____

# O R D E R

     **AND NOW**, this 18th day of November, 2020, upon consideration of Plaintiffs' Motion

to Enter Consent Decree filed July 27, 2020, *see* ECF No. 31, Plaintiffs' Memorandum in

Support of Plaintiffs' Motion to Enter Consent Decree filed July 27, 2020, *see* ECF No. 32,

Defendants' Response thereto filed August 10, 2020, *see* ECF No. 34, and for the reasons set

forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. The Motion to Enter Consent Decree, ECF No. 31, is **GRANTED**.

2. The Consent Decree, ECF No. 2, is **APPROVED** and **ENTERED**.

3. The Court shall **RETAIN** jurisdiction over the matter until the Consent Decree is

    terminated.

                                BY THE COURT:

                                */s/ Joseph F. Leeson, Jr.*
                                JOSEPH F. LEESON, JR.
                                United States District Judge