UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF INDIANA, STATE OF IOWA, STATE OF NEW YORK, PENNSYLVANIA DEPARTMENT OF ENVRIONMENTAL PROTECTION, JEFFERSON COUNTY BOARD OF HEALTH, and BAY AREA AIR QUALTY MANAGEMENT DISTRICT<br>　　　　　Plaintiffs,<br>　　v.<br><br>LEHIGH CEMENT COMPANY LLC, and LEHIGH WHITE CEMENT COMPANY, LLC,<br>　　　　　Defendants. | No. 5:19-cv-05688 |

# **O R D E R**

**AND NOW**, this 29th day of April, 2021, upon consideration of the United States' Motion to Enter First Amendment to Consent Decree, *see* ECF No. 38, of Defendants' agreement with the proposed amendments, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. The motion, ECF No. 38, is **GRANTED**.

2. The Consent Decree, ECF No. 2, is **AMENDED** as set forth on Pages 5 and 6 of the Exhibit to the United States' Notice of Lodging First Amendment to Consent Decree, ECF No. 37-1.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge